UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER;
SECOND AMENDMENT FOUNDATION, INC.;
FIREARMS POLICY COALITION,
                        Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present: JORDAN, RESTREPO, and SMITH, Circuit Judges

1. Consented Motion for Leave to File Letter Brief on behalf of Everytown for Gun Safety as Amicus Curiae in Support of Appellee

                        Respectfully,
                        Clerk/MS

_____ORDER_____
The foregoing motion is hereby GRANTED.

                        By the Court,

                        s/ Kent A. Jordan
                        Circuit Judge

Dated: August 2, 2022
MS/cc: All counsel/parties of record