

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

MICHELLE A. HENRY
ATTORNEY GENERAL

March 13, 2023

Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
412-235-9067
dmullen@attorneygeneral.gov

U.S. Court of Appeals for the Third Circuit
Attn: Patricia S. Dodszuweit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> RE: *Lara, et al. v. Comm'r Pa. State Police*, No. 21-1832
> Notice of Supplemental Authority pursuant to Fed.R.App.P. 28(j):
> *NRA v. Bondi*, __F.4th__, 2023 WL 2416683, No. 21-12314 (11th Cir. Mar. 9, 2023)

Dear Ms. Dodszuweit;

In the above referenced case, the Eleventh Circuit upheld Florida's law banning firearms sales to 18-to-20-year-olds. *NRA v. Bondi* at *1-2. Relying on many of the same historical sources the Commissioner cited here, that court determined that Florida's restriction satisfied the historical test established by the High Court in *NYSRPA v. Bruen*. *NRA v. Bondi* Appendix.[1]

The Eleventh Circuit focused on Reconstruction era laws—which often went further than Florida's purchase restriction by banning all possession by those younger than 21—as well as newspapers, court decisions, and legal treatises from that era. *NRA v. Bondi* at *6-12. The Eleventh Circuit concluded that these sources confirmed that "the public did not understand the right to keep and bear arms to protect the rights of 18-to-20-year olds", noting that it would have been "odd indeed if the people who adopted the Fourteenth Amendment did so with the understanding that it would invalidate widely adopted and widely approved-of gun regulations at the time." *Id.* at *10-11. The Eleventh Circuit also determined that these historical analogues were enacted to address a

---

[1] The Eleventh Circuit assumed, without deciding, that the text of the Second Amendment covers 18-to-20-year-olds. *NRA v. Bondi*, at *5-6. It did so because Florida did not advance any textual argument in that case. *Ibid.* In this case, however, Commissioner Evanchick's position is that the text of the Second Amendment does not cover 18-to-20-year-olds. Commissioner's Letter Br. at 7-10.

societal problem that has persisted since that time: firearm violence by 18-to-20-year olds. *Id.* at *1, 11-13.

The Eleventh Circuit rejected the NRA's strained argument (also advanced by Appellants in this case) that 18-to-20-year-olds are covered by the Second Amendment merely because certain Founding era militia laws occasionally required that age group to serve in state militias. *Id.* at 12-13. That court emphasized that the obligation to serve in the militia did not give 18-to-20-year-olds the full panoply of political and civil rights as adults, like the right to vote. *Ibid.* The Founding era militia argument thus "mistakes a legal obligation for a right." *Id.* at 12.

    Respectfully,

    */s/ Daniel B. Mullen*
    Daniel B. Mullen
    Deputy Attorney General