# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

David H. Thompson     1523 New Hampshire Avenue, N.W.    (202) 220-9600
dthompson@cooperkirk.com    Washington, D.C. 20036    Fax (202) 220-9601

March 20, 2023

**VIA CM/ECF**
U.S. Court of Appeals for the Third Circuit
Attn: Patricia S. Dodszuweit, Clerk of Court
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **RE:** *Lara, et al v. Comm'r Pa. State Police*, No. 21-1832

Dear Ms. Dodszuweit,

    In *National Rifle Association v. Bondi*, --- F.4th ----, 2023 WL 2484818 (11th Cir. Mar. 9, 2023), the Eleventh Circuit upheld a Florida law banning firearms sales to 18-to-20-year-olds. The Eleventh Circuit's decision is deeply flawed and distinguishable from this case. It should provide no support for Pennsylvania's laws prohibiting 18-to-20-year-olds from carrying firearms for self-defense during emergencies.

    *First*, the Eleventh Circuit wrongly focused on the period surrounding the ratification of the Fourteenth Amendment as determinative for defining the scope of the Second Amendment with respect to the States. *Bondi*, at *4–5. This conclusion is contrary to *NYSRPA v. Bruen*, *see* 142 S. Ct. 2111, 2137 (2022), and to the Supreme Court's treatment of the Bill of Rights generally. The key period for understanding the Second Amendment is the Founding. *See* Pls.' Letter Br. at 9–10; Letter Reply at 6.

    *Second*, the *Bondi* court erroneously concluded several Reconstruction-era laws were relevantly similar to the Florida law. *Bondi*, at *6–12. These laws should not have been considered analogues in *Bondi* and are not analogues here because, as Plaintiffs' have explained, 18-to-20-year-olds are adults today, but the historical laws all targeted *minors*. *See* Pls.' Letter Br. at 11; Letter Reply at 8. Both the "how" and the "why" of laws targeting minors are different than that of laws targeting adults. What is more, *Bondi*, like the historical laws generally, involved a restriction on purchasing firearms, but this case involves a restriction on *carriage*, so the way the Second Amendment right is affected is different here. *See* Pls.' Letter Br. at 12.

    *Third*, *Bondi* misunderstood the value of Founding era militia laws for understanding the scope of the Second Amendment. *See Bondi*, at *12 Plaintiffs have never argued that militia service *conferred* a right to 18-to-20-year-olds. Rather, the inclusion of 18-to-20-year-olds in militias

# Cooper & Kirk
### Lawyers

Patricia S. Dodszuweit
March 20, 2023
Page 2 of 2

makes clear that they were part of "the people" who were protected by the Amendment. Pls.' Letter Reply at 3.

            Sincerely,

            *s/ David H. Thompson*
            David H. Thompson
            Counsel for Plaintiffs