# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

Madison Lara, et al.  vs.  Commissioner PA State Police

Calendar Date: June 28, 2023    Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: John D. Ohlendorf

Designation of Arguing Counsel: John D. Ohlendorf

Member of the Bar:  [✔] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)    [✔] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [ ] Appellee(s)    [ ] Amicus Curiae

Please list the name of the lead party being represented:
Madison Lara

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)