# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

David H. Thompson  
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036

(202) 220-9600  
Fax (202) 220-9601

June 9, 2023

**VIA CM/ECF**
U.S. Court of Appeals for the Third Circuit
Attn: Patricia S. Dodszuweit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      RE: *Lara, et al v. Comm'r Pa. State Police*, No. 21-1832

Dear Ms. Dodszuweit,

      I write to highlight how this Court's recent decision in *Range v. Att'y Gen. United States*, No. 21-2835, 2023 WL 3833404 (3d Cir. June 6, 2023), affects the analysis in this matter. In *Range*, the en banc Court held that 18 U.S.C. § 922(g)(1) was unconstitutional as applied to a fraud offender and that criminal offenders are among "the people" protected by the Second Amendment's plain text. *Id.* at *1. *Range* is instructive for this case for at least two reasons.

      *First*, this Court's decision reaffirms that "the people" referred to by the Second Amendment, as elsewhere in the Constitution, refers to "all Americans." *Id.* at *3. As applied in this case, *Range*'s reasoning binds this Court to find that 18-to-20-year-old "Americans" also are among "the people" protected by the Second Amendment's plain text. *See* Pls.'-Appellants' Br. at 21–27; Reply at 7–15; Letter Reply at 1–5.

      *Second*, Judge Porter's concurrence explains why, when conducting the historical analysis mandated by *Bruen*, courts should focus on regulations from states that had constitutional provisions that protected the right to keep and bear arms. *Range*, 2023 WL 3833404, at *10. Plaintiffs have argued that this Court should apply the same limitation here when analyzing the Government's proposed analogues. *See* Pls.'-Appellants' Br. at 28–37; Letter Br. at 5–14; Letter Reply at 5–8.

                                                  Sincerely,

                                                  *s/ David H. Thompson*
                                                  David H. Thompson
                                                  *Counsel for Plaintiffs-Appellants*