UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present: JORDAN, RESTREPO and SMITH, Circuit Judges

1. Motion Appellants Firearms Policy Coalition Inc, Sophia Knepley, Madison M. Lara, Logan D. Miller and Second Amendment Foundation Inc to Supplement the Record

2. Response in Opposition filed by Appellee Commissioner Pennsylvania State Police to Motion to Supplement

3. Appellants' Reply in Support of Motion to Supplement the Record

          Respectfully,
          Clerk/lmr

_____ORDER_____
The foregoing motion to supplement the record is hereby GRANTED.

          By the Court,

          s/ Kent A. Jordan
          Circuit Judge

Dated: January 18, 2024
Lmr/cc: All Counsel of Record