IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| MADISON M. LARA, *et al.*, | : | No. 21-1832 |
| | : | |
| Appellants | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER PENNSYLVANIA | : | |
| STATE POLICE, | : | |
| | : | |
| Appellee | : | |

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING

Appellee, the Commissioner of the Pennsylvania State Police, respectfully requests a 14-day extension of time to file a petition for rehearing en banc. In support, undersigned counsel avers as follows:

1. On January 18, 2024, this Court issued a precedential opinion in this matter, holding that aspects of Pennsylvania's Uniform Firearms Act violate the Second Amendment.

2. The Commissioner is planning on seeking rehearing en banc.

3. Pursuant to Fed.R.App.P. 35 and 40, the petition for rehearing en banc is currently due by February 1, 2024.

4. Undersigned counsel respectfully requests an additional two weeks due overlapping deadlines, including a brief in the Pennsylvania Supreme Court

in *Commonwealth v. Vision*, 33 WAP 2023, which is currently due by January

29, 2024.

5. Additionally, state attorneys general from states with similar laws have

   expressed interest in participating in this matter as amici. An additional two

   weeks will give those states sufficient time to review this Court's decision and

   prepare an amicus filing.

WHEREFORE, counsel for the Commissioner respectfully requests a

14-day extension of time to file a petition for rehearing, *i.e.*, until February 15,

2024.

                                    Respectfully submitted,

                                    MICHELLE A. HENRY
                                    Attorney General

                            By:    /s/ Daniel B. Mullen
                                    _____

                                    DANIEL B. MULLEN
                                    Deputy Attorney General
                                    Bar No. 321525 (Pa.)

                                    J. BART DeLONE
                                    Chief Deputy Attorney General
                                    Chief, Appellate Litigation Section

Office of Attorney General
1251 Waterfront Place
Pittsburgh, PA 15222
Phone: (412) 235-9067
FAX:   (412) 565-3028

DATE: January 23, 2024

## CERTIFICATE OF SERVICE

I, Daniel B. Mullen, Deputy Attorney General, do hereby certify that I have

this day served the foregoing motion via CM/ECF on the following:

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
*Counsel for Appellants*

Joshua Prince
Civil Rights Defense Firm, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
*Counsel for Appellants*

Janet Carter
Everytown Law
450 Lexinton Ave.
P.O. Box 4148
New York, NY 10017
*Counsel for Amicus Everytown for Gun Safety Support Fund*

Lisa Ebersole
Cohen Milstein Sellers & Toll
1100 West Tower, Suite 500
Washington, DC 20005
*Counsel for Amicus Everytown for Gun Safety Support Fund*

Alex Hemmer
Office Of Attorney General of Illinois
100 W. Randolph Street – 12th Floor
Chicago, IL 60601
*Counsel for Amicus State of Illinois*

James P. Davy
P.O.Box 15216
Philadelphia, PA 19125
*Counsel for Amicus Giffords Law Center to Prevent Gun Violence and Ceasefire*
*Pennsylvania Education Fund*


/s/ Daniel B. Mullen

DANIEL B. MULLEN
Deputy Attorney General


DATE: January 23, 2024