# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

MADISON M. LARA, *et al.*,

　　　　　　　　*Plaintiffs/Appellants*,

vs.

COMMISSIONER PENNSYLVANIA STATE POLICE,

　　　　　　　　*Defendant/Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, No. 2:20-cv-1582, The Hon. William S. Stickman IV

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY CENTER TO PREVENT GUN VIOLENCE, AND MARCH FOR OUR LIVES ACTION FUND IN SUPPORT OF APPELLEES' PETITION FOR PANEL HEARING OR REHEARING *EN BANC***

| | |
|---|---|
| [Additional Counsel Listed on Signature Page] | Jim Davy (PA # 321631)<br>ALL RISE TRIAL & APPELLATE<br>P.O. Box 15216<br>Philadelphia, PA  19125<br>(215) 792-3579<br>jimdavy@allriselaw.org<br><br>*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Action Fund*<br><br>February 22, 2024 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate procedure, *Amici Curiae* Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Action Fund state that they do not have parent corporations and that no publicly held corporation owns 10 percent or more of their stock.

/s/ Jim Davy<br>Jim Davy

Dated: February 22, 2024

In accordance with Rules 27 and 29 of the Federal Rules of Appellate Procedure, *amici* Giffords Law Center to Prevent Gun Violence ("Giffords Law Center"), Brady Center to Prevent Gun Violence ("Brady"), and March for Our Lives Action Fund ("MFOL") (collectively, "*Amici*") respectfully move for leave to file the accompanying brief in support of Appellee's petition for rehearing. Both Plaintiffs/Appellants and Defendant/Appellee consent to the filing of this motion and the accompanying brief.

## I. Interest of *Amici Curiae*

*Amicus curiae* Giffords Law Center to Prevent Gun Violence is a non-profit policy organization serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve safety in their communities.[1] The organization was founded more than a quarter-century ago following a gun massacre at a San Francisco law firm and was renamed Giffords Law Center in 2017 after joining forces with the gun-safety organization led by former

---

[1] Giffords Law Center's website, www.giffords.org/lawcenter, is the premier clearinghouse for comprehensive information about federal, state, and local firearms laws and Second Amendment litigation nationwide.

Congresswoman Gabrielle Giffords. Today, through partnerships with gun violence researchers, public health experts, and community organizations, Giffords Law Center researches, drafts, and defends laws, policies, and programs proven to effectively reduce gun violence. Together with its partner organization Giffords, Giffords Law Center also advocates for the interests of gun owners and law enforcement officials who understand that gun-safety legislation and community violence prevention strategies are not only consistent with the Second Amendment, they are essential to protecting the health, safety, and lives of every person in the Nation.

Giffords Law Center has contributed technical expertise and informed analysis as an *amicus* in numerous cases involving firearm regulations and constitutional principles affecting gun policy. *See, e.g.*, *District of Columbia* v. *Heller*, 554 U.S. 570 (2008); *McDonald* v. *City of Chicago*, 561 U.S. 742 (2010); *N.Y. State Rifle & Pistol Ass'n* v. *Bruen*, 597 U.S. 1 (2022). Numerous courts have cited research and information from Giffords Law Center's *amicus* briefs in Second Amendment rulings. *See, e.g.*, *Ass'n of N.J. Rifle & Pistol Clubs* v. *Att'y Gen. N.J.*, 910 F.3d 106, 121-22 (3d Cir. 2018); *Hirschfeld* v. *BATFE*, 417 F. Supp. 3d 747,

754, 759 (W.D. Va. 2019); *Maryland Shall Issue* v. *Hogan*, 353 F. Supp. 3d 400, 403–05 (D. Md. 2018); *Stimmel* v. *Sessions*, 879 F.3d 198, 204, 208, 210 (6th Cir. 2018); *Peruta* v. *Cnty. of San Diego*, 824 F.3d 919, 943 (9th Cir. 2016) (en banc) (Graber, J., concurring).[2]

*Amicus curiae* Brady is the nation's most long-standing nonpartisan, nonprofit organization dedicated to reducing gun violence through education, research, and legal advocacy. Brady works across Congress, courts, and communities, uniting gun owners and non-gunowners alike, to take action to prevent gun violence. Brady has a substantial interest in ensuring that the Constitution is construed to protect Americans' fundamental right to live. Brady also has a substantial interest in protecting the authority of democratically elected officials to address the nation's gun violence epidemic.

Brady has filed *amicus* briefs in many cases involving the regulation of firearms, including in this Court. *See, e.g., Nat'l Shooting Sports Found.* v. *Att'y Gen. N.J.*, 80 F.4th 215 (3d Cir. 2023); *Drummond* v. *Robinson Township*, 9 F.4th 217 (3d Cir. 2021); *Bruen*, 597 U.S. 1;

---

[2]   Giffords Law Center filed the last two briefs under its former name, the Law Center to Prevent Gun Violence.

*Heller*, 554 U.S. 570. Multiple decisions have cited Brady's research and expertise on these issues. *See, e.g.*, *United States* v. *Hayes*, 555 U.S. 415 (2009); *Nat'l Ass'n for Gun Rights, Inc.* v. *City of San Jose*, 2023 WL 4552284, at *5-6 (N.D. Cal. July 13, 2023); *Hanson* v. *District of Columbia*, 2023 WL 3019777, at *10, *14, *16 & nn.8, 10 (D.D.C. Apr. 20, 2023).

*Amicus curiae* MFOL is a non-profit organization of young people from across the country who are fighting for sensible gun violence prevention policies that will save lives. After the mass shooting at Marjory Stoneman Douglas High School in Parkland, Florida, on February 14, 2018, MFOL was formed and immediately began advocating in the state legislature and Congress for common-sense gun violence prevention legislation to ensure what happened in Parkland would never again occur. Weeks later, hundreds of thousands of people joined MFOL in Washington, D.C. and at sibling marches all over the world for one of the largest single days of protest in history.

## II. This Court Should Grant *Amici*'s Request for Leave to File in Support of Defendant/Appellee's Petition.

*Amici* are among the leading national organizations devoted to the study of and advocacy for effective gun violence prevention. *Amici*

have an unparalleled understanding of both the sociological and scientific factors that contribute to gun violence in the United States and the landscape of gun laws at the federal, state, and local level. *Amici* are deeply concerned that the panel majority's decision to strike down several Pennsylvania state statutes—which, in combination with state-wide emergency declarations, restrict the ability of young adults aged 18-20 to carry guns in public places—will make it more difficult for elected officials to take measures to prevent gun violence and death caused by individuals in that age cohort, who are much more likely to commit gun violence against others and themselves. *Amici* are also concerned that the reasoning of the panel majority's decision conflicts with the Supreme Court's Second Amendment cases in a way that could undermine a wide range of long-standing and historically grounded public safety gun regulations.

Each of these issues—the real-world effect of striking down Pennsylvania's law and the potential ramifications of the panel majority's decision—demonstrates the exceptional importance of this case and warrants rehearing. *See* Fed. R. App. P. 35(b)(1), 40(a)(2). As *Amici* explain further in the attached brief, rehearing is necessary to

faithfully apply this Court's and the Supreme Court's precedents to these questions.

*Amici* therefore respectfully request leave to file the accompanying brief to assist the Court in its decision whether to grant panel rehearing or rehearing *en banc*.

| | |
|---|---|
| Dated: February 22, 2024 | Respectfully submitted, |
| | /s/ *Jim Davy* |
| | Jim Davy (PA # 321631) |
| | ALL RISE TRIAL & APPELLATE |
| | P.O. Box 15216 |
| *Of Counsel for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence:* | Philadelphia, PA 19125 |
| | (215) 792-3579 |
| | jimdavy@allriselaw.org |
| Esther Sanchez-Gomez | |
| Kelly M. Percival | *Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Action Fund* |
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE | |
| 268 Bush St. # 555 | |
| San Francisco, CA 94104 | |
| (415) 433-2062 | |
| | |
| Robert A. Sacks | *Of Counsel for* Amicus Curiae *Brady Center to Prevent Gun Violence:* |
| Leonid Traps | |
| Sophie A. Kivett | |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | Douglas N. Letter |
| New York, NY 10004-2498 | Shira Lauren Feldman |
| (212) 558-4000 | BRADY CENTER TO PREVENT GUN VIOLENCE |
| | 840 First Street NE, Suite 400 |
| Elizabeth A. Rose | Washington, DC 20002 |
| Madeline B. Jenks | (202) 370-8100 |
| Beatriz L. Albornoz | |
| Cason J.B. Reily | *Of Counsel for* Amicus Curiae *March For Our Lives Action Fund:* |
| SULLIVAN & CROMWELL LLP | |
| 1700 New York Avenue NW | |
| Suite 700 | |
| Washington, DC 20006 | Ciara Malone |
| (202) 956-7500 | MARCH FOR OUR LIVES ACTION FUND |
| | 90 Church Street # 3417 |
| | New York, NY 10008 |
| | (913) 991-4440 |

## CERTIFICATE OF COMPLIANCE

In accordance with Federal Rule of Appellate Procedure 32(g), I certify that this motion:

(i) complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 1001 words;

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font; and

(iii) was scanned for viruses prior to submission.

## CERTIFICATE OF BAR MEMBERSHIP

I certify pursuant to L.A.R. 28.3(d) that I am a member in good standing of the Bar of the Third Circuit.

/s/ *Jim Davy*
Jim Davy

Dated: February 22, 2024

## CERTIFICATE OF SERVICE

I certify that on February 22, 2024, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

>                                   /s/ *Jim Davy*
>                                   Jim Davy

Dated: February 22, 2024