UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present: JORDAN, Circuit Judge

1. Unopposed Motion filed by Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, March for Our Lives for leave to file amici curiae brief on rehearing in support of Appellee/Respondent.

                                                Respectfully,
                                                Clerk/lmr

_____ORDER_____
The foregoing motion is hereby GRANTED.

                                                By the Court,

                                                s/ Kent A. Jordan
                                                Circuit Judge

Dated: February 23, 2024
Lmr/cc: All Counsel of Record