OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

John D. Ohlendorf, Esq.
Peter A. Patterson, Esq.
David H. Thompson, Esq.
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Joshua Prince, Esq.
Prince Law Offices
646 Lenape Road
Bechtelsville, PA 19505

Daniel B. Mullen, Esq.
Office of Attorney General of Pennsylvania
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

   Re: Lara v. Commissioner Pennsylvania State Police, Appeal No. 21-1832

Dear Counsel,

   The Court has asked me to advise you that it will issue an order directing supplemental briefing on the impact of United States v. Rahimi, 602 U.S. ___ (2024), immediately after the U.S. Supreme Court issues its mandate on November 18, 2024. The parties will be ordered to file initial submissions within seven (7) days and cross-responses seven (7) days thereafter.

   The Commissioner's motion for full remand will be referred to the Court once the Supreme Court's mandate is issued.

For the Court,

PATRICIA S. DODSZUWEIT,
Clerk

PSD/kag
Amr/cc: All counsel of record