IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| MADISON M. LARA, *et al.*, | : | CIVIL ACTION |
| Appellants | : | |
| v. | : | |
| COMMISSIONER PENNSYLVANIA STATE POLICE, | : | |
| Appellee | : | No. 21-1832 |

## COMMISSIONER'S MOTION TO AMEND
## THE SUPPLEMENTAL BRIEFING SCHEDULE

On October 18, 2024, the Clerk's Office issued a letter to counsel advising that once the United States Supreme Court issues its mandate on November 18, 2024, this Court will direct supplemental briefing on the impact of *United States v. Rahimi*. 3d Cir. ECF 93. The letter further advised that the parties' initial submissions will be due within seven days of that order (*i.e.*, November 25), and that cross-responses will be due seven days thereafter (*i.e.*, December 2). For the reasons that follow, undersigned counsel for the Commissioner of the Pennsylvania State Police respectfully requests a slight alteration to this schedule, and proposes that the parties' initial submissions be due on December 13, following by cross-responses on December 20.

1

1. Initially, the briefing schedule identified in the Clerk's letter overlaps with the Thanksgiving holiday.

2. Also, undersigned counsel has been consumed with litigation related to the 2024 Election in recent weeks, much of which has proceeded on an expedited basis. *See, e.g., West, et al. v. Pa. Dep't of State, et al.*, 24-2913, 2024 WL 4631685 (3d Cir. Oct. 30, 2024) (denying emergency injunction filed on October 24 to candidate seeking to be added to Pennsylvania's ballot), 24A427 (U.S. Oct. 31, 2024) (denying emergency injunction); *Genser v. Butler Cnty. Bd. of Election*, ___ A.3d___, 2024 WL 4553285 (Pa. Oct. 23, 2024) (holding that voters with defective mail-in ballots can cast provisional ballots), 24A408 (U.S. Nov. 1, 2024) (denying emergency application for a stay filed on October 28). Undersigned counsel anticipates that additional election-related matters will arise in the coming weeks, which will also be litigated on an expedited basis.

3. Finally, undersigned counsel has a brief due on December 4, 2024 in *Krasner v. Henry*, 49 EAP 2024 (Pa.), a complex challenge arising under Pennsylvania's constitution to a statute creating a Special Prosecutor with jurisdiction over certain crimes in Philadelphia, and will travel to Harrisburg for on December 9, 2024 in *Moton, et al. v. Boockvar*, 876 C.D. 2022 & 877 C.D. 2022 (Pa. Cmwlth.).

For these reasons, undersigned counsel respectfully requests that the parties' initial supplemental briefs be due on December 13, 2024, followed by cross-responses on December 20, 2024. This schedule avoids any overlap with the Thanksgiving holiday and ensures that all parties will have sufficient time to prepare supplemental briefs that will aid this Court in resolving this important and complex Second Amendment case.

        Respectfully submitted,

        MICHELLE A. HENRY
        Attorney General

By:   /s/ Daniel B. Mullen
_____

        DANIEL B. MULLEN
        Deputy Attorney General
        Bar No. 321525 (Pa.)

        SEAN A. KIRKPATRICK
        Chief Deputy Attorney General
        Chief, Appellate Litigation Section

Office of Attorney General
1251 Waterfront Place
Pittsburgh, PA 15222
Phone: (412) 235-9067
FAX:   (412) 565-3028

DATE: November 4, 2024

# CERTIFICATE OF SERVICE

I, Daniel B. Mullen, Deputy Attorney General, certify that I have served the foregoing Motion via electronic service on the following:

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
Cooper Kirk, PLLC
(*Counsel for Appellants*)

Joshua Prince
Civil Rights Defense Firm, P.C.
(*Counsel for Appellants*)

Lisa Ebersole
Everytown for Gun Safety
(*Counsel for Amicus Curiae*)

Alex Hemmer
State of Illinois
Office of Attorney General
(*Counsel for Amicus Curiae*)

James P. Davy
Giffords Center to Prevent Gun Violence
Ceasefire Pennsylvania Education Fund
(*Counsel for Amicus Curiae*)

By:　*/s/ Daniel B. Mullen*

　　　DANIEL B. MULLEN
　　　Deputy Attorney General

DATE: November 4, 2024