## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| MADISON M. LARA, *et al.*, | |
| *Plaintiffs-Appellants*, | Case No. 21-1832 |
| vs. | On Appeal from the United States District Court for the Western District of Pennsylvania, No. 2:20-cv-1582, The Hon. William S. Stickman IV |
| COMMISSIONER PENNSYLVANIA STATE POLICE, | |
| *Defendant-Appellee.* | |

### PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs write briefly in opposition to the Commissioner's motion to extend the briefing schedule in this case.

1.     While Plaintiffs understand the Commissioner's desire to avoid briefing over the Thanksgiving holiday, rather than further delaying resolution of this case by pushing the deadlines back into December, Plaintiffs respectfully propose that if the Court is inclined to alter the briefing schedule, it should move the deadlines up, with the parties' initial submissions due on November 20, and cross-responses due on November 27.

2.     Although Plaintiffs appreciate that the Commissioner has other pending matters that require attention, Plaintiffs' proposed schedule still provides the parties with over a month of notice following the Court's letter to counsel regarding

supplemental briefing about *Rahimi*. *See* Letter, Doc. 93 (Oct. 18, 2024). Because additional delay prejudices Plaintiffs, who are seeking to have the Court reinstate the judgment it issued in their favor, the Court should not extend the briefing schedule further.

For these reasons, undersigned counsel respectfully request that the Court deny the Commissioner's motion to extend the supplemental briefing schedule. If the Court decides to alter the schedule, rather than accept the Commissioner's proposal, it should order the parties to submit their initial supplemental briefs on November 20, 2024 with cross-replies to follow on November 27, 2024.

Dated: November 6, 2024

Respectfully submitted,

Joshua Prince, Esq.
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297
(610) 400-8439 (fax)
joshua@civilrightsdefensefirm.com

s/ David H. Thompson
David H. Thompson
Peter A. Patterson
John D. Ohlendorf
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that I am a member of the bar of this Court.

Dated: November 6, 2024                    s/ David H. Thompson
                                           David H. Thompson
                                           *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

This opposition complies with the type-volume limitations of FED. R. APP. P. 27(d)(2)(A) because this motion contains 212 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

This opposition complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Microsoft Office 365 in 14-point Times New Roman font.

The Portable Document Format version of the attached document has been scanned for viruses using VirusTotal Antivirus Software, and according to that program, the document is free of viruses.

Dated: November 6, 2024                     s/ David H. Thompson
                                            David H. Thompson
                                            *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on November 6, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 6, 2024                s/ David H. Thompson
                                       David H. Thompson

                                       *Counsel for Plaintiffs-Appellants*