IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MADISON M. LARA, *et al.*,          :          CIVIL ACTION
                                     :
      Appellants            :
                                     :
  v.                           :
                                     :
COMMISSIONER PENNSYLVANIA             :
STATE POLICE,                         :
                                     :
      Appellee              :          No. 21-1832

## REPLY IN SUPPORT OF COMMISSIONER'S MOTION TO AMEND THE SUPPLEMENTAL BRIEFING SCHEDULE

Appellants provide no legitimate basis for opposing the Commissioner's request for a modest adjustment to the briefing schedule. Although they claim that the Commissioner's request to have all supplemental briefing completed by December 20 would somehow prejudice them, *see* Response at ¶ 2, they make no effort to explain how. Appellants note that they are seeking to reinstate the judgment in their favor, which enjoined the State Police from arresting 18-to-20-year-olds during proclaimed emergencies. *See* 18 Pa.C.S. § 6107. But Pennsylvania does not currently have any emergency proclamations—and, indeed has not had any state-wide emergency proclamations since 2021. And even if an emergency proclamation is entered between now and December 20, the Commissioner is currently enjoined from enforcing 18 Pa.C.S. § 6107 altogether. *See Suarez v. Paris*, ___ F.Supp.3d

___, 2024 WL 3521517 (M.D. Pa. Jul. 24, 2024). Accordingly, there is no current risk that any 18-to-20-year-old will be arrested for openly-carrying during a declared emergency.

The Commissioner opposes Appellants' request to move up the deadlines. The point of the Commissioner's request for an extension was to give the parties adequate time to prepare briefs that will aid this Court. Accelerating an already-accelerated briefing schedule will have the opposite effect.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By:    /s/ Daniel B. Mullen

DANIEL B. MULLEN
Deputy Attorney General
Bar No. 321525 (Pa.)

SEAN A. KIRKPATRICK
Chief Deputy Attorney General
Chief, Appellate Litigation Section

Office of Attorney General
1251 Waterfront Place
Pittsburgh, PA 15222
Phone: (412) 235-9067
FAX:   (412) 565-3028

DATE: November 12, 2024

## CERTIFICATE OF SERVICE

I, Daniel B. Mullen, Deputy Attorney General, certify that I have served the

foregoing Reply via electronic service on the following:

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
Cooper Kirk, PLLC
(*Counsel for Appellants*)

Joshua Prince
Civil Rights Defense Firm, P.C.
(*Counsel for Appellants*)

Lisa Ebersole
Everytown for Gun Safety
(*Counsel for Amicus Curiae*)

Alex Hemmer
State of Illinois
Office of Attorney General
(*Counsel for Amicus Curiae*)

James P. Davy
Giffords Center to Prevent Gun Violence
Ceasefire Pennsylvania Education Fund
(*Counsel for Amicus Curiae*)

By:    */s/ Daniel B. Mullen*
_____

DANIEL B. MULLEN
Deputy Attorney General

DATE: November 12, 2024