UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present:  JORDAN, RESTREPO and SMITH, Circuit Judges

1. Motion filed by Appellee Commissioner Pennsylvania State Police to modify briefing schedule.

2. Response filed by Appellants Firearms Policy Coalition Inc, Sophia Knepley, Madison M. Lara, Logan D. Miller and Second Amendment Foundation Inc to motion to modify briefing schedule.

3. Reply by Appellee Commissioner Pennsylvania State Police.

                                                Respectfully,
                                                Clerk/lmr

_____ORDER_____

The foregoing motion to modify the briefing schedule is hereby DENIED.

                                                By the Court,

                                                s/ Kent A. Jordan
                                                Circuit Judge

Dated: November 14, 2024
Lmr/cc: All Counsel of Record