# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 18, 2024

Clerk
United States Court of Appeals
  for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re:  Paris, Comm'r, PA State Police
            v. Madison M. Lara, et al.
            No. 24-93 (Your docket No. 21-1832)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                          Sincerely,

                          SCOTT S. HARRIS, Clerk

                          By

                          M. Altner
                          Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 18, 2024

Mr. Sean Andrew Kirkpatrick, Esq.
Office of the Attorney General
  of the Commonwealth
Strawberry Square
15th Floor
Harrisburg, PA 17120

Mr. David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 200036

    Re:  Paris, Comm'r, PA State Police
          v. Madison M. Lara, et al.
          No. 24-93

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Third Circuit.

    The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**     **$300.00**

    This amount may be recovered from the respondents.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                M. Altner
                Assistant Clerk – Judgments

cc: Clerk, 3d Cir.
     (Your docket No. 21-1832)

# Supreme Court of the United States

No. 24–93

**CHRISTOPHER PARIS, COMMISSIONER, PENNSYLVANIA STATE POLICE,**

Petitioner

v.

**MADISON M. LARA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Third Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of *United States* v. *Rahimi*, 602 U.S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioner, Christopher Paris, Commissioner, Pennsylvania State Police, recover from Madison M. Lara, et al., Three Hundred Dollars ($300.00) for costs herein expended.

October 15, 2024

**Clerk's costs:** $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States