UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>21-1832</u>

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present:  JORDAN, RESTREPO and SMITH, <u>Circuit Judges</u>

1. Commissioner's Motion to Remand to the District Court for Further Proceedings;

2. Plaintiffs-Appellants' Opposition to the Commissioner's Motion to Remand

3. Commissioner's Reply in Support of Motion to Remand to the District Court for Further Proceedings

                                                                              Respectfully,
                                                                              Clerk/lmr

_____ORDER_____
The foregoing motion is hereby DENIED.

                                                                              By the Court,

                                                                              <u>s/ Kent A. Jordan</u>
                                                                              Circuit Judge

Dated: November 18, 2024
Lmr/cc: All Counsel of Record