No. 21-1832

# In The United States Court of Appeals For the Third Circuit

MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION, INC., AND FIREARMS POLICY COALITION, INC.,

*Plaintiffs-Appellants*,

v.

COMMISSIONER PENNSYLVANIA STATE POLICE,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (20-cv-1582)
(Hon. William S. Stickman, IV, Presiding)

## PLAINTIFFS-APPELLANTS' MOTION TO SUPPLEMENT THE RECORD

Joshua Prince, Esq.
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@CivilRightsDefenseFirm.com
(888) 202-9297
(610) 400-8439 (fax)

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiffs move to supplement the record in the above-captioned matter. In support of this motion, Plaintiffs state:

1.      Ordinarily, new evidence is not considered on appeal, but the Court "may consider any evidence bearing on whether the appeal has become moot." *Constand v. Cosby*, 833 F.3d 405, 409 (3d Cir. 2016). As a result, the Court "may receive facts relevant to that issue." *Clark v. K-Mart Corp.*, 979 F.2d 965, 967 (3d Cir. 1992).

2.      This case involves restrictions on the rights of 18-to-20-year-olds to carry firearms for self-defense in Pennsylvania. By their nature, the restrictions Plaintiffs challenge no longer affect individuals after they turn 21.

3.      Plaintiffs with live claims in this case are two organizations that seek to promote and defend the Second Amendment rights of their members: Second Amendment Foundation (SAF) and Firearms Policy Coalition, Inc. (FPC).

4.      SAF and FPC were originally joined in bringing this lawsuit by three individuals who were members of the organizations between the ages of 18 and 21 who desired to carry firearms under circumstances in which Pennsylvania makes doing so illegal. Prior to those plaintiffs all turning 21, Plaintiffs moved to supplement the record with the declaration of an additional member with standing to challenge the laws at issue here. *See* Pls.'-Appellants' Mot. to Suppl. the R., Doc.

71-1 (June 12, 2023); Decl. of George Pershall, Doc. 71-2 (June 12, 2023). This Court granted that motion, Order, Doc. 76 (Jan. 18, 2024), securing standing for SAF and FPC to continue to litigate this suit on behalf of their members, *see Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977).

5. The Fifth Circuit has since followed suit and permitted the record on appeal to be expanded with evidence of the continued standing of organizational plaintiffs to litigate cases on behalf of their members with age-limited claims. *See* Order, *Reese v. BATFE*, No. 23-30033 (5th Cir. Jan. 30, 2024), Doc. 92-2.

6. To avoid any suggestion of mootness in this case, and because their previous declarant, George Pershall, turns 21 later this month, Plaintiffs are submitting along with this motion the affidavit of Keegan Gaston, an 18-year-old resident of Indiana County, Pennsylvania, who is a member of both SAF and FPC with standing to challenge the laws at issue in this case. Because SAF and FPC will continue to have at least one member with standing to challenge these laws, SAF and FPC retain standing to challenge them as well and the case is not moot.

Dated: December 6, 2024                     Respectfully submitted,

Joshua Prince, Esq.                         s/ David H. Thompson
CIVIL RIGHTS DEFENSE FIRM, P.C.             David H. Thompson
646 Lenape Road                             Peter A. Patterson
Bechtelsville, PA 19505                     John D. Ohlendorf
joshua@civilrightsdefensefirm.com           COOPER & KIRK, PLLC
(888) 202-9297                              1523 New Hampshire Avenue, N.W.
(610) 400-8439 (fax)                        Washington, D.C. 20036
                                            (202) 220-9600

(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that I am a member of the bar of this Court.

Dated: December 6, 2024	<u>s/ David H. Thompson</u>
David H. Thompson
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of FED. R. APP. P. 27(d)(2)(A) because this motion contains 426 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Microsoft Office 365 in 14-point Times New Roman font.

The Portable Document Format version of the attached document has been scanned for viruses using VirusTotal Antivirus Software, and according to that program, the document is free of viruses.

Dated: December 6, 2024	<u>s/ David H. Thompson</u>
David H. Thompson
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on December 6, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 6, 2024

s/ David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants*