No. 21-1832

# In The United States Court of Appeals
# For the Third Circuit

MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT
FOUNDATION, INC., AND FIREARMS POLICY COALITION, INC.,

*Plaintiffs-Appellants,*

v.

COMMISSIONER PENNSYLVANIA STATE POLICE,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (20-cv-1582)
(Hon. William S. Stickman, IV, Presiding)

## DECLARATION OF KEEGAN GASTON

Joshua Prince, Esq.
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@CivilRightsDefenseFirm.com
(888) 202-9297
(610) 400-8439 (fax)

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

I, Keegan Gaston, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an eighteen-year-old citizen of Indiana County, Pennsylvania.

2. I will turn twenty-one in June 2027.

3. I am not forbidden for any reason from possessing a firearm.

4. I am a member of the Second Amendment Foundation and the Firearms Policy Coalition.

5. I own a handgun and it is my present intention and desire to carry a handgun from time to time for all lawful purposes including self-defense and in case of confrontation, without being subjected to criminal sanction and the loss of my liberty and rights under the laws challenged in this suit.

6. I desire to be able, from time to time, to travel in a mode of transportation with and carry on the public streets and on public property throughout the commonwealth a loaded, operable firearm on my person for self-defense.

7. I also desire to carry a firearm in public for self-defense during declared emergencies as needed.

8. Specifically, I would like to carry a firearm while on the public roads and in the public spaces of the Commonwealth, including while hiking, irrespective of whether there is a declared state of emergency in Pennsylvania.

9. Because of the laws at issue in this case, which prohibit me from carrying a firearm with me in my car except under limited circumstances and which entirely bar me from carrying a firearm in public during a declared emergency, I cannot carry a handgun for self-defense as I wish to do.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December 5 , 2024

Keegan Gaston