UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2-20-cv-01582)

Present: JORDAN, RESTREPO and SMITH, Circuit Judges

1. Motion filed by Appellants Firearms Policy Coalition Inc, Sophia Knepley, Madison M. Lara, Logan D. Miller and Second Amendment Foundation Inc to supplement the record.

2. Response filed by Appellee Commissioner Pennsylvania State Police

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion to supplement the record is GRANTED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: December 18, 2024
Lmr/cc: All Counsel of Record