IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| MADISON M. LARA, *et al.*, | : | No. 21-1832 |
| Appellants | : | |
| v. | : | |
| COMMISSIONER PENNSYLVANIA STATE POLICE, | : | |
| Appellee | : | |

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING

Appellee, the Commissioner of the Pennsylvania State Police, respectfully requests a 14-day extension of time to file a petition for rehearing *en banc*. In support, undersigned counsel avers as follows:

1. On January 13, 2025, this Court issued a precedential opinion in this matter, holding that aspects of Pennsylvania's Uniform Firearms Act violate the Second Amendment.

2. The Commissioner is contemplating seeking rehearing *en banc*.

3. Pursuant to Fed.R.App.P. 35 and 40, the petition for rehearing *en banc* is due by January 27, 2025.

4. The lead attorney for the Commissioner, Daniel Mullen, is currently out of the county on a multiple-week, pre-planned vacation.

5. Additionally, as before, state attorneys general from states with similar laws may wish to participate in this matter as amici. An additional two weeks will give those states sufficient time to review this Court's decision and prepare an amicus filing.

WHEREFORE, the Commissioner respectfully requests a 14-day extension of time to file a petition for rehearing, *i.e.*, until February 10, 2025.

    Respectfully submitted,

    MICHELLE A. HENRY
    Attorney General

By:   /s/ Sean A. Kirkpatrick
    ―――――――――――――――
    SEAN A. KIRKPATRICK
    Chief Deputy Attorney General
    Chief, Appellate Litigation Section
    Bar No. 92960 (Pa.)

Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Phone: (717) 705-2331
FAX:  (717)-772-4526

DATE: January 14, 2025

# CERTIFICATE OF SERVICE

I, Sean A. Kirkpatrick, Chief Deputy Attorney General, do hereby certify that I have this day served the foregoing motion via CM/ECF on the following:

David H. Thompson
Peter A. Patterson
John D. Ohlendorf
Cooper Kirk, PLLC
(*Counsel for Appellants*)

Joshua Prince
Civil Rights Defense Firm, P.C.
(*Counsel for Appellants*)

Lisa Ebersole
Everytown for Gun Safety
(*Counsel for Amicus Curiae*)

Alex Hemmer
State of Illinois
Office of Attorney General
(*Counsel for Amicus Curiae*)

James P. Davy
Giffords Center to Prevent Gun Violence
Ceasefire Pennsylvania Education Fund
(*Counsel for Amicus Curiae*)

By:　*/s/ Sean A. Kirkpatrick*
　　　SEAN A. KIRKPATRICK

DATE: January 15, 2025