UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1832

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE

(W.D. Pa. No. 2:20-cv-01582)

Present:  SMITH, Circuit Judge

1. Motion filed by Everytown for Gun Safety to proceed as amicus on rehearing in support of Appellee/Respondent.

2. Motion filed by Brady Center to Prevent Gun Violence, March for Our Lives and Amicus Appellee Giffords Law Center to Prevent Gun Violence to proceed as amicus on rehearing in support of Appellee/Respondent

Respectfully,

Clerk/lmr

_____ORDER_____

The foregoing Motions are GRANTED.

By the Court,

s/D. Brooks Smith
Circuit Judge

Dated: February 25, 2025
Lmr/cc: All Counsel of Record