OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 6, 2025

Brandy S. Lonchena
United States District Court for the Western District of Pennsylvania
Joseph F. Weis Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: Madison Lara, et al v. Commissioner PA State Police
Case Number: 21-1832
District Court Case Number: 2:20-cv-01582

Dear District/Bankruptcy Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: Janet Carter, Esq.
James P. Davy, Esq.
Lisa Ebersole, Esq.
Alex Hemmer, Esq.
Sean A. Kirkpatrick, Esq.

Daniel B. Mullen, Esq.
John D. Ohlendorf, Esq.
Peter A. Patterson, Esq.
Joshua Prince, Esq.
David H. Thompson, Esq.